IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRC EMERGENCY SERVICES, LLC ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 11-0485-CG-N |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
|     Defendant. ) | |

## ORDER

Counsel for the parties notified the magistrate judge that they have a settlement in principal, which they anticipate finalizing within the coming weeks. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within sixty (60) days of the date of this order should the settlement agreement not be consummated.

    **DONE** and **ORDERED** this 8th day of February, 2012.

                                              /s/  Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE